IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOANSELLA STEVENS,
a/k/a LISA YOUNG,
    Petitioner,

vs.                                                   Case No.:  5:11cv52/RS/EMT

KENNETH S. TUCKER,
    Respondent
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  Petitioner commenced this action on February 22, 2011, by filing a habeas petition under 28 U.S.C. § 2254 (doc. 1).  On January 23, 2012, Respondent filed a motion to dismiss the petition due to Petitioner's abandonment of the case, as evidenced by her failure, upon her release from the Florida Department of Corrections ("FDOC"), to provide the court and Respondent with a current mailing address, and the fact that documents sent to Petitioner by the court at Petitioner's address of record were returned as undeliverable (*see* doc. 31).  On January 25, 2012, the court directed Petitioner to file a response to the motion to dismiss within twenty-one (21) days (doc. 32).  At the court's direction, the clerk sent a copy of the order to Petitioner's address of record and Petitioner's release address indicated on the FDOC website (*id.*).

        Petitioner failed to respond to the court's January 25, 2012 order; therefore, on February 22, 2012, the court issued an order requiring Petitioner to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 33).  The time for compliance with the show cause order has now elapsed with no response from Petitioner.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this 19th day of March 2012.

/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).