IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOANSELLA STEVENS,
a/k/a/ LISA YOUNG,

    Petitioner,

vs.                              CASE NO. 5:11-cv-52/RS-EMT

KENNETH S. TUCKER,

    Respondent.
_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 35). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on April 23, 2012.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**